# Holland+Knight

Tel  212 513 3200
Fax  212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 2 2005 ★
BROOKLYN OFFICE**

November 23, 2005

DOUGLAS R. BURNETT
212-513-3407
dburnett@hklaw.com

*Order — the complaint is dismissed with prejudice.*

*s/Edward R. Korman*
*Less J*
*11/30/05*

BY HAND

Honorable Edward R. Korman
U.S.D.J.
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Vicunha Nordeste S/A et al v. Global Container Lines, Ltd.
     02 Civ. 3596 (ERK) (RML)
     Our Ref.: 073469-00001

Dear Judge Korman:

On July 15, 2005, the Court entered an order of discontinuance conditioned on the consummation of the settlement agreement. For easy reference, a copy of the Court's Order is enclosed.

I am pleased to inform the Court that the parties have in fact consummated the settlement as reflected in the enclosed Settlement Agreement and Mutual Release executed by both parties.

Under the terms of the agreement, so that the settlement funds can be released from escrow, I am required to obtain an order of dismissal from the Court with prejudice.

In consideration of the above, I respectfully request that the Court issue or modify the current dismissal order to reflect the fact that this action has been dismissed with prejudice.

Thank you very much for your time and consideration.

Honorable Edward R. Korman
November 23, 2005
Page 2

Very truly yours,

HOLLAND & KNIGHT LLP

Douglas R. Burnett

cc     by hand Healy & Baillie-John Kimball, Esq/Tom Belknap, Esq.
         by hand Judge Robert M. Levy

Enclosures    (1) Order of Discontinuance dated July 15, 2005
                (2) Settlement and Mutual Release Agreement entered into on September 23, 2005

# 3406256_v1